**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

| | |
|---|---|
| DR. M. MOSHE PORAT, | No. 205 EAL 2023 |
| Petitioner | |
| | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | |
| TEMPLE UNIVERSITY - OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION AND RICHARD M. ENGLERT, | |
| Respondents | |
| _____ | |
| DR. M. MOSHE PORAT, | |
| Petitioner | |
| v. | |
| TEMPLE UNIVERSITY - OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION, | |
| Respondent | |
| M. MOSHE PORAT, | No. 206 EAL 2023 |
| Petitioner | |
| | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | |
| TEMPLE UNIVERSITY - OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION, | |
| Respondent | |

**<u>ORDER</u>**

**PER CURIAM**

     **AND NOW**, this 17th day of April, 2024, the Petition for Allowance of Appeal and Respondent's Application Pursuant to Pa.R.A.P. 123 in the Nature of a Motion to Supplement its Opposition to the Petition for Allowance of Appeal to Provide Relevant Information to the Court are **DENIED**.